NOAH SMITH, ESQ., and }
SAMUEL KNIGHT, ESQ., }  *Assistant Judges.*

STATE OF VERMONT.

*vs.*

ANNICE.

State
vs.
Annice.

On an indictment for adultery with one E——.

*Farrand, Attorney for the State,* produced E——, as a witness to prove the fact.

*Buck, for Annice,* objected, that no person shall be allowed to testify his guilt or turpitude to convict another.

*By the Court.*—She ought not, in this case, to be admitted.

In the same cause reputation was offered in evidence to prove Annice's marriage.

Particeps
was not admitted to testify.

*Court.*—In this cause, which is a criminal prosecution, reputation cannot be admitted. Though in an action on the case for *crim. con.* it might be admitted.

Reputation of
a marriage not
allowed.